IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-381-DCK

| | |
|---|---|
| MELVIN G. BRYANT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CHARLOTTE EYE EAR NOSE & THROAT ) | |
| ASSOCIATES, PA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the status of this case. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate.

**IT IS, THEREFORE, ORDERED** that a trial, if necessary, will be held during the civil term beginning **July 20, 2020** at the Charles R. Jonas Federal Building, 401 W. Trade Street, Courtroom 2-2, Charlotte, North Carolina.

**SO ORDERED**.

Signed: February 24, 2020

David C. Keesler
United States Magistrate Judge