# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Melvin G. Bryant, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:18-cv-00381-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Charlotte Eye Ear Nose & Throat Associates, PA, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 8, 2020 Order.

May 8, 2020

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court